# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1134

_____

Rickey McFadden,                                    *
                                                    *
            Appellant,                              *
                                                    * Appeal from the United States
      v.                                            * District Court for the
                                                    * Eastern District of Arkansas.
Kenneth S. Apfel, Commissioner,                     *
Social Security Administration,                     *          [UNPUBLISHED]
                                                    *
            Appellee.                               *

_____

Submitted: August 3, 1998
Filed: August 7, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
      Circuit Judges.

_____

PER CURIAM.

      Rickey McFadden appeals the District Court's[1] order granting summary judgment to the Commissioner and affirming the Commissioner's decision to deny McFadden disability insurance benefits and supplemental security income. Having

_____

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

carefully reviewed the record and the parties' submissions, we affirm the judgment of the District Court for the reasons set forth in its memorandum.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.